## IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA

Case No.:
Civil Division

KENNETH CAREY,
                  Plaintiff,

v.

JONATHAN KIRK, p/k/a DaBaby (individually),
KHALIK CALDWELL, p/k/a Stunna 4 Vegas
(individually), and BILLION DOLLAR BABY
ENTERTAINMENT, LLC, a North Carolina Corporation,
UNKNOWN CONSPIRATOR #1, UNKNOWN CONSPIRATOR #2
UNKNOWN CONSPIRATOR #3, UNKNOWN CONSPIRATOR #4,
UNIVERSAL MUSIC GROUP, INC., a Colorado Corporation and
INTERSCOPE RECORDS, a California Corporation
                  Defendants,
_____/

### VERIFIED COMPLAINT FOR BREACH OF CONTRACT, ASSAULT, BATTERY, PROMISSORY ESTOPPEL, CIVIL CONSPIRACY, DEFAMATION PER SE AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

COMES NOW, Plaintiff, Kenneth Carey, by and through Jonathan May, Esquire, of The Lions' Den, Attorneys at Law PLLC and sues Defendants JONATHAN KIRK, p/k/a DaBaby (individually), KHALIK CALDWELL, p/k/a Stunna 4 Vegas (individually), BILLION DOLLAR BABY ENTERTAINMENT, a North Carolina Corporation, INTERSCOPE RECORDS, a California Corporation, UNIVERSAL MUSIC GROUP Inc., a California Corporation, UNKNOWN CONSPIRATOR #1, UNKNOWN CONSPIRATOR #2, UNKNOWN CONSPIRATOR #3 and UNKNOWN CONSPIRATOR #4 as individuals, collectively referred to herein as "Defendants" and alleges as follows:

### INTRODUCTION

1. This is an action for Breach of Contract, Civil Assault, Civil Battery, Promissory Estoppel, Civil Conspiracy, Defamation Per Se, and Intentional Infliction of Emotional Distress.

2. Plaintiff, Kenneth Carey entered into an agreement with Khalik Caldwell p/k/a Stunna 4 Vegas, to perform at Café Iguana on the evening of January 2, 2020.

3. Kenneth Carey and a third party entered into an agreement with Jonathan Kirk p/k/a DaBaby, so that he would be hosting due to a contractual obligation maintained by a third party on January 2, 2020, at the Café Iguana venue.

4. Kenneth Carey conveyed $10,000.00 to Khalik Caldwell in consideration of the contract for Khalik Caldwell p/k/a Stunna 4 Vegas to fulfill his obligation to perform at Café Iguana on the evening of January 2, 2020.

5. Plaintiff conveyed $20,000.00 in cash (picture attached) to Jonathan Kirk p/k/a DaBaby in reliance on his promise to host the event a Café Iguana on the evening of January 2, 2020 based on their contractual obligation and Jonathan Kirk did not fulfill his obligation to host.

6. Jonathan Kirk p/k/a DaBaby demanded an additional $10,000.00 after receiving the payment of $20,000.00 from the plaintiff based on unrelated expenses (hotel and car damage) incurred by the Defendants.

7. Jonathan Kirk p/k/a DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 savagely threatened, attacked, beat, robbed, and humiliated plaintiff outside of a Miami-Dade County hotel when he refused to comply with their demand for the additional payment.

**JURISDICITON AND VENUE**

8. The Plaintiff, Kenneth Carey ("Kenneth"), is an individual, sui juris and resident of Whitesboro, New Jersey.

9. Defendant, Jonathan Kirk ("DaBaby"), is an individual, sui juris and resident of Charlotte, North Carolina and conducts business in Miami-Dade, Florida.

10. Defendant, Khalik Caldwell ("Stunna"), is an individual, sui juris and resident of Charlotte, North Carolina and conducts business in Miami-Dade, Florida.

11. Billion Dollar Baby Entertainment, LLC., ("BDBent"), is a North Carolina corporation doing business in the State of Florida.

12. Unknown Conspirators #1, #2, #3 and #4 are not known.

13. Interscope Records is a California Corporation doing business in the State of Florida and publishes DaBaby as one of its artists.

14. Universal Music Group, Inc is a California Corporation doing business in the State of Florida and owns Interscope Records.

15. Venue is appropriate in Miami-Dade County, Florida because the cause of action accrued in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

16. Kenneth Carey is an event planner, event organizer and promoter who earns money arranging performances for music artists at various venues nationwide.

17. DaBaby and Stunna 4 Vegas are both extremely highly notable rappers/musical artists.

18. Plaintiff Kenneth Carey entered a signed, written agreement with Stunna 4 Vegas to perform at his birthday party at Café Iguana located in Broward County, Florida on the evening of January 2, 2020 in exchange for valuable consideration of $17,000.00 (see Exhibit A)[1].

---

[1] A contract is binding, despite the fact that one party did not sign the contract, where both parties have performed under the contract." *Consolidated Resources Healthcare Fund I, LTD. v. Fenelus*, 853 So.2d 500, 503 (Fla. 4th DCA 2003). The object of a signature is to show mutuality or assent, which can be shown in other ways, such as by the acts or conduct of the parties. *Id*. This case stands for the proposition that a signature, in any form, is not necessarily a requirement to a contractual obligation when a meeting of the minds has occurred.

19. A deposit of $10,000 was tendered with a balance of $7,000.00 due upon arrival at the event and the deposit was paid in full (See Exhibit C for proof of payment of $9,000 and $1,000), while the balance was was paid because the artists did not appear to perform at the venue.

20. On January 2, 2020 at about 12:00 PM (noon), Carey, via a third party, entered into a written agreement with DaBaby to host the same birthday party that Stunna 4 Vegas was also contractually obligated to perform at in exchange for an additional $20,000.00 (see Exhibit B).

21. Kenneth also paid a total of $4000.00 to Café Iguana to reserve the venue and $2,000.00 for promotional marketing (See Exhibit C also showing $6,000.00 transfer).

22. In addition to the money, Kenneth coordinated three exotic luxury vehicles for DaBaby and his entourage while he was in South Florida and hotel accomodations.

23. The rental vehicles and hotel where paid for by DaBaby and his sole financial responsibility.

24. One of the vehicles was returned to the rental car company damaged.

25. Plaintiff Kenneth Carey arrived at the Novotel Hotel located in Miami-Dade, Florida, prior to the event, accompanied by the third party to pay DaBaby the $20,000.00 based on his promise to host the birthday party at Café Iguana on the evening of January 2, 2020.

26. Kenneth Carey provided the $20,000.00 financial consideration to DaBaby, based on his written promise to a third party to appear at the event and generate a financial gain for all involved.

27. DaBaby, accompanied by Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 met with Kenneth Carey and the third party

in the street, outside the hotel (Alleged Unknown Conspirators #1-4 believed to be pictured in Exhibit D). Their Instagram names are believed to be "big-roig", "qualityentllc", "pwca_" and "1dada_".

28. DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 explained to Kenneth Carey and the third party that they wanted an additional $10,000.00 because of the need to pay for damage caused to the exotic luxury rental vehicle.

29. Kenneth gave $20,000 to DaBaby.

30. DaBaby accepted the $20,000.00 and demanded an additional $10,000 for a total of $30,000.00, instead of the $20,000.00 previously agreed upon, in order to cover the cost of damage to the rental vehicle.

31. DaBaby told Kenneth Carey that $20,000.00 was a drastically discounted amount and that he normally would not appear for such a small amount but he had accepted the agreement based on their positive past business relationship and friendship.

32. DaBaby argued that $20,000.00 previously agreed upon was a favor and that he deserved $30,000.00 due to his star status.

33. Kenneth Carey refused to pay an additional $10,000.00.

34. Kenneth Carey's steadfast refusal to acquiesce to payment of the additional $10,000.00 caused DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 demeanors to degrade into threats and threatening behavior and eventual battery and humiliation of Kenneth Cary by DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4.

35. At this time, DaBaby, Unknown Conspirator #1,  Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 proceeded to intentionally and savagely beat and embarrass Kenneth, to include robbing him of his money, phone and credit card.

36. They pulled Kenneth's pants down in public and DaBaby poured apple juice all over him, while laughing at him, taunting him and saying it looks like he peed himself.

37. These images were depicted in the social media, internet outlets and television.

38. Neither the DaBaby nor Stunna appeared at the Café Iguana venue on the evening of January 2, 2020.

39. DaBaby did not appear at the venue and host as relied upon by Kenneth.

40. Stunna did not appear or perform at the venue per his contractual obligation.

41. As a result, our client has suffered many different types of damages.

42. The assault and battery committed upon our client by DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 creates joint and several liability for all perpetrators and has caused Kenneth to suffer damages.

43. The reliance upon promises made to Kenneth by DaBaby have resulted in Kenneth suffering financial damages.

44. The breach of contract has resulted in financial damages.

45. The defamation per se has resulted in damages.

46. The civil conspiracy has resulted in damages.

47. DaBaby then went on to say that Kenneth Carey was a promoter who was beaten because he did not pay him money he was owed through social media, internet, and/or television.

48. This was not true and wrongly referenced how Kenneth Carey conducts his business and greatly damaged his reputation in the industry and to the general public.

49. The defamation has resulted in damages.

**COUNT I – BREACH OF CONTRACT (Khalik Caldwell p/k/a Stunna 4 Vegas)**

50. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through

49 above as if set forth herein in full.

51. The elements of an action for breach of contract are:

    a.  The existence of a contract which is evidenced by the contract attached (Exhibit A)

    b.  A breach of the contract evidenced by Stunna not showing up or performing.

    c.  Damages resulting from the breach.

        i.  The injured party in a breach of contract action is entitled to recover monetary damages that will put it in the same position it would have been in had the other party not breached the contract.

        ii.  As a result of Stunna's actions or inaction, plaintiff has suffered damages because he was not able to sell 3,000 door tickets at a cost of $50 and $100 cost per person, in addition to table costs which are much higher.  It is highly likely the event would have sold out based on the status of DaBaby and Stunna

           iii.    The total would have been between $150,000 and $300,000 in total damages.[2]

**WHEREFORE,** Plaintiff demands compensatory damages in the amount of $225,000.00, costs,

---

[2] The injured party is entitled to recover all damages that are causally related to the breach so long as the damages were reasonably foreseeable at the time the parties entered into the contract. Damages recoverable by a party injured by a breach of contract are those that naturally flow from the breach and can reasonably be said to have been contemplated by the parties at the time the contract was entered into. Damages are foreseeable if they are the proximate and usual consequence of the breaching party's act. It is not necessary that the parties have contemplated the exact injury which occurred, as long as the actual consequences could have been reasonably expected to flow from the breach. Capitol Envtl. Servs. v. Earth Tech, Inc., 25 So. 3d 593, 594 (Fla. 1st DCA 2009).

and such other relief this Court deems just and proper.

**COUNT II – BREACH OF ORAL CONTRACT (Jonathan Kirk p/k/a DaBaby, Billion**

**Dollar Baby Entertainment, Interscope Records and Universal Music Group)**

52. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through
49 above as if set forth herein in full.

53. The elements of an action for breach of oral contract, according to *Jacksonville Port
Authority v. W.R. Johnson Enterprises, Inc.,* 624 So.2d 313 (Fla. 1st DCA 1993), are that
the parties mutually asserted to a certain and definite proposition and left no essential terms
open, in addition to the elements of a breach of contract 1. Existence of a contract, 2. Breach
of contract 3. Damages resulting from the breach.

   a. Kenneth Carey and DaBaby had spoken over facetime on or around December 26th,
   2019 and came to specific terms in that DaBaby would "host" his label's artist
   Stunna 4 Vegas at Stunna 4 Vegas' birthday party and DaBaby would be paid
   $20,000.00 (Exhibit F showing DaBaby with $20,000 cash in hand).

   b. Kenneth Carey and DaBaby had an ongoing successful business relationship and
   Carey did not seek to have a written agreement because he felt comfortable trusting
   DaBaby to perform.

   c. However, a third party that was partnering with Kenneth Carey decided that he
   wanted a contract and reached out to DaBaby's agent either just before or after
   payment, around 12:00 noon.

   d. The third party wanted to evidence the agreement in writing and it was last minute
   so they did not include Kenneth Carey's name in the agreement, yet the agreement
   was between Carey, the third party and DaBaby.

e.  The existence of a contract and terms of the agreement are evidenced by the agreement attached (Exhibit B) between DaBaby and the third party.

f.  However, only the third party had signed the agreement and not DaBaby, yet it came from DaBaby's agent's email and shows their intent and acceptance to enter into the agreement.

g.  Kenneth Carey was under the impression that his name was on the agreement but because it was rushed it was only signed by the third party.

h.  The industry standard is that hosting a party means a "host" will only perform one or two songs, based on the artists preference, and appear at the event.

i.  DaBaby and Carey had a meeting of the minds when Carey asked him to host his artist's birthday event on facebook and DaBaby agreed to do it.

j.  Furthermore, DaBaby evidences this agreement by doing radio marketing ads with Stunna 4 Vegas for the event.

k.  In reliance upon the agreement, Kenneth Carey had also convinced Trina and Trick Daddy to attend.

l.  Kenneth Carey also arranged (but did not pay) for hotel accommodations and luxury car rentals while staying in Miami, Florida.  Carey has messages showing various Airbnb options but they chose to stay in a hotel.

m.  A breach of the contract occurred when DaBaby did not showing up to host the event, causing the event to be cancelled.

n.  Damages resulted from the breach because Kenneth Carey lost his $20,000.00 paid to DaBaby and the profit from the event and additional damages extending from the sequence of events caused by DaBaby's actions.

o. Without the profit or investment from this event, Kenneth Carey was unable to invest in additional events and lost out on fantastic opportunities to organize and promote an annually successful event.

   i. The injured party in a breach of contract action is entitled to recover monetary damages that will put it in the same position it would have been in had the other party not breached the contract.

   ii. As a result of DaBaby's actions or inaction, plaintiff has suffered damages because he was not able to sell 3,000 door tickets at a cost of $50 and $100 cost per person, in addition to table costs which are much higher.  It is highly likely the event would have sold out based on the status of DaBaby and Stunna (See Exhibit E)

      iii. The total would have been between $150,000 and $300,000 in total damages.3

p. DaBaby is an artist employed by Billion Dollar Baby Entertainment and is an owner of the company.

q. Interscope Records is a subsidiary of Universal Music Group and they tout having DaBaby as one of their artists (See Exhibit G).

---

[3] The injured party is entitled to recover all damages that are causally related to the breach so long as the damages were reasonably foreseeable at the time the parties entered into the contract. Damages recoverable by a party injured by a breach of contract are those that naturally flow from the breach and can reasonably be said to have been contemplated by the parties at the time the contract was entered into. Damages are foreseeable if they are the proximate and usual consequence of the breaching party's act. It is not necessary that the parties have contemplated the exact injury which occurred, as long as the actual consequences could have been reasonably expected to flow from the breach. Capitol Envtl. Servs. v. Earth Tech, Inc., 25 So. 3d 593, 594 (Fla. 1st DCA 2009).

r.  DaBaby was engaged to perform songs that are believed to be owned by Interscope Records and/or Universal Music Group and the events occurred in the scope of DaBaby performing their music.

s.  DaBaby was acting as an agent to Interscope Records and Universal Music Group to promote and distribute their music and brand, and they benefit from that exposure.

**WHEREFORE,** Plaintiff demands compensatory damages in the amount of $400,000.00, costs, and such other relief this Court deems just and proper.

### COUNT III – ASSAULT (Jonathan Kirk p/k/a DaBaby, Unknown Conspirator #1 Unknown Conspirator #2 Unknown Conspirator #3 and Unknown Conspirator #4) )joint and severally liable)

54. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through 49 above as if set forth herein in full.

55. Under Florida Case Law, Assault is defined as an intentional, unlawful offer of corporal injury to another by force unlawfully directed toward another under such circumstances as to create a fear of imminent peril, coupled with the apparent present ability to effectuate the attempt. Lay v. Kremer, 411 So2d 1347, 1349 (Fla. 1st DCA 1982).

a.  DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 intentionally created fear in Kenneth Carey;

b.  Of imminent peril to cause him bodily harm via battery;

c.  Coupled with their apparent ability to do so in that they were in his presence and unrestricted;

d.  To unlawfully offer him corporal injury.

**WHEREFORE,** Plaintiff demands nominal damages of $5,000.00, costs, and such other relief this Court deems just and proper.

**COUNT IV – BATTERY (Jonathan Kirk p/k/a DaBaby**
**Unknown Conspirators #1-4)**

56. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through 49 above as if set forth herein in full.

57. In Florida, the Restatement (Second) of Torts §18, states the essential elements of the intentional tort of battery are intent and contact:

(1) An actor is subject to liability to another for battery if (a) he acts intending to cause harmful or offensive contact with the person of the other or a third party, or an imminent apprehension of such a contact , and (b) an offensive contact with the person of the other directly or indirectly results.

(2) An act which is not done with the intention stated in subsection (1,a) does not make the actor liable to the other for a mere offensive contact with the other's person although the act involves an unreasonable risk of inflicting it and, therefore, would be negligent or reckless if the risk threatened bodily harm.[4]

58. DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 intended to cause harmful or offensive contact with Kenneth Carey by grabbing him, punching him and knocking him unconscious, forcibly removing his pants in public, and pouring apple juice on him.

---

[4] A cause of action for battery requires the showing of intentional affirmative conduct and cannot be premised upon an omission or failure to act. City of Miami v. Sanders, 772 So.2d 46, 47 (Fla. 3d DCA 1996), rev. denied, 683 So.2d 484 (Fla. 1996). Punitive damages are allowable, however for the malicious, wanton state of mind with which the defendant violated our client's legal rights… Winn & Lovett Grocery Company v. Archer, 171 So.214, 222 (Fla. 1936).

59. DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 did cause harmful or offensive contact with Kenneth Carey by grabbing him, punching him and knocking him unconscious, forcibly removing his pants in public, and pouring apple juice on him as they had intended to.

**WHEREFORE,** Plaintiff demands medical expenses, lost wages, pain and suffering, court costs, cost of therapy in the amount of $750,000.00 and such other relief this Court deems just and proper.

## COUNT V – PROMISSORY ESTOPPEL (Jonathan Kirk p/k/a DaBaby, Billion Dollar Baby Entertainment, Interscope Records and Universal Music Group)

60. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through 49 above as if set forth herein in full.

61. Promissory estoppel is a qualified form of equitable estoppel, *Crown Life Ins. Co. v. McBride*, 517 So.2d 660 (Fla. 1987), based on "[a] promise which the promisor should reasonably expect to induce action or forbearance of a definite and substantial character on the part of the promisee and which does induce such action or forbearance. . . . [The promise] is binding if injustice can be avoided only by enforcement of the promise." *Restatement (Second) of Contracts*, § 90 at 242 (1987). Coral Way Props., Ltd. V. Roses, 565 So. 2d 372, 374 (Fla. 3d DCA 1990).

62. To state a cause of action for promissory estoppel, the plaintiff is required to allege three elements:

   a.   A representation to a material fact that is contrary to a later-asserted position;

   b.   A reasonable reliance on that representation; and

   c.   A change in position detrimental to the party claiming estoppel caused by the representation and reliance thereon.

63. DaBaby promised to appear at Café Iguana in fulfillment of a contractual obligation between DaBaby and Kenneth Carey/ a third party and accepted $20,000.00 in payment from Kenneth Carey.

64. DaBaby later asserted that he was to have received $30,000.00 instead of the $20,000.00 he received, despite having an agreement to do perform the agreement for $20,000.00

65. Kenneth Carey and the third party relied on DaBaby's promise to fulfill his contractual obligation when Kenneth gave DaBaby the $20,000.00.

66. DaBaby changed his position and did not appear at Café Iguana, return the $20,000.00 payment, or otherwise compensate Kenneth.

67. DaBaby is an artist employed by Billion Dollar Baby Entertainment and he is an owner of the company.

68. Interscope Records is a subsidiary of Universal Music Group and touts having DaBaby as one of their artists.

69. DaBaby was engaged to perform songs that are believed to be owned by Interscope Records and/or Universal Music Group and the events occurred in the scope of DaBaby performing their music.

70. DaBaby was acting as an agent to Interscope Records and Universal Music Group to promote and distribute their music and brand, and they benefit from that exposure.

**WHEREFORE,** Plaintiff demands actual damages of $20,000, interest, court costs, and such other relief this Court deems just and proper.

**COUNT VI – CIVIL CONSPIRACY  (Jonathan Kirk p/k/a DaBaby, Unknown Conspirator #1, and Unknown Conspirator #2 Unknown Conspirator #3 and Unknown Cospirator #4)**

71. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through 49 above as if set forth herein in full.

72. Under Florida case law, see Rey v Phillip Morris, Inc., 75 So. 3d. 378 (Fla. 3d DCA 2011), civil conspiracy requires an agreement between two or more parties, to do an unlawful act, the doing of some overt act in pursuance of the conspiracy and damage to plaintiff as a result of the acts done under the conspiracy.

73. DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 intended to cause harmful or offensive contact with Kenneth Carey by grabbing him, punching him and knocking him unconscious, forcibly removing his pants in public, and pouring apple juice on him.

74. DaBaby, Unknown Conspirator #1, Unknown Conspirator #2, Unknown Conspirator #3 and Unknown Conspirator #4 did cause harmful or offensive contact with Kenneth Carey by grabbing him, punching him and knocking him unconscious, forcibly removing his pants in public, and pouring apple juice on him as they had intended to.

75. Kenneth Carey was publicly humiliated and seriously physically injured by the attack.

   **WHEREFORE,** Plaintiff demands damages in the amount of $25,000 and such other relief this Court deems just and proper.

## COUNT VII – DEFAMATION PER SE (Jonathan Kirk p/k/a DaBaby)

76. Plaintiff realleges and incorporates the allegations set forth above in paragraphs 1 through 49 above as if set forth herein in full.

77. Under Florida case law, see Valencia v Citibank International, 728 So. 2d 330 (Fla 3d DCA 1999), defamation requires that the opposing party published a false statement, about the plaintiff, to a third party and the falsity of the statement caused injury to the plaintiff.  In

Florida, a statement amounts to defamation per se if it accuses the plaintiff of committing a crime or imputes to the plaintiff conduct, characteristics, or a condition incompatible with the proper exercise of his or her lawful business, trade, profession, or office. This includes public or private figures.

78. Da Baby stated and convinced he public that Kenneth, as a promoter, did not pay him the full amount ($30,000.00) he was owed, which is untrue, because Kenneth owed him $20,000.00.

79. Da Baby is a highly influential, Grammy-nominated rapper and these words caused others, including other famous artists, to post videos threatening our client, stating that he was terrible at his job, stating they would never work with our client etc. causing Kenneth Carey's professional reputation to be severely damaged.

80. Da Baby did or should have known that his celebrity status would cause his words to have a staggeringly increased detrimental effect on Kenneth Carey.

81. Kenneth Carey's only livelihood and income derives from promoting events with famous celebrity artists, who all have been misinformed by DaBaby into thinking that Kenneth Carey does not pay his artists and that he cannot be trusted.

**WHEREFORE,** Plaintiff demands actual damages in the amount of $5,000,000, court cost and such other relief this Court deems just and proper.

## COUNT VIII – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### (Jonathan Kirk p/k/a DaBaby and Unknown Conspirators #1-4)

1. Plaintiff realleges the allegations set forth above in paragraphs 1 through 49 as if set forth herein in full.

2. The Defendants' conduct was intentional or reckless. Defendants intended their behavior when they knew or should have known that emotional distress would likely result.

3.  The conduct was outrageous, that is, as to go beyond all bounds of decency, and to be regarded as odious and utterly intolerable in a civilized community specifically

   a.  Assaulting the plaintiff.

   b.  Battering the plaintiff, pouring apple juice on him while laughing and taunting him and stating that it looked like he peed himself, just before his entourage pulled his pants off in the street, in public view and with people recording in the area, and then his entourage member punched Kenneth in the face and knocked him unconscious.

   c.  Defaming the plaintiff.

   d.  Being a person of influence who spread the defamatory information via social media, internet, and television.

4.  The conduct caused emotional distress.

5.  The emotional distress was severe.

6.  The media attention and public outrage towards Kenneth Carey caused him to receive numerous death threats and general outrage and disgust towards him in public.

**WHEREFORE,** Plaintiff demands damages, interest, and cost in the amount of $200,000.00 and such other relief this Court deems just and proper.

**WHEREFORE**, In total, Plaintiff seeks damages, interests and costs in the amount of $6,625,000.00 from Defendants.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

**I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.**

STATE OF ~~FLORIDA~~ New Jersey
COUNTY OF Cape May

Sworn to (or affirmed) and subscribed before me this 29 day of 20 20, by January

Kenneth Carey _____ (name of person making statement).

(Seal)

Kenneth R Carey

Crystal O Buck
Signature of Notary Public

CRYSTAL L BUCK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 3/24/20

Personally known:_____
OR Produced Identification:___X____

Respectfully submitted,

The Lions' Den, Attorneys at Law
/s/ Jonathan May
Jonathan May
1395 Brickell Avenue
Suite 900
Miami, FL, 33131
FL Bar 0110057
jonmay@lionsdenjustice.com
chriscook@lionsdenjustice.com

# EXHIBIT A



**PERFORMANCE AGREEMENT**

This agreement has been made between Khalik Caldwell p/k/a Stunna 4 Vegas (Artist) (Herein to as "Artist") Located at 101 N. Tryon Street, Charlotte, NC 28246 and pu inneth Carey Juan Hitchcock, (Hereinafter referred to as "Purchaser") on this date 12/20/2019 Jimy Augustine,

It is mutually agreed between the parties as follows: The purchaser hereby engages the Artist(s Artist(s) hereby agrees to perform/appear for the performance or club appearance.

Hereinafter provided, upon all the terms and conditions herein set forth, including those entitled additional terms and conditions and rider(s) and agenda thereto.

**Date(s) of Engagement:** KC January 2, 2020

**Name of Venue:** Cafe Iguana

**Venue Capacity:** unknown

**Venue Address:** 8358 Pines Blvd, Pembroke Pines, FL 33024

**Time of Engagement:** 12 am

**Engagement Fee: $** 17,000

**Deposit Amount: $** 10,000

**Balance due upon arrival of the event: $** 7,000

**Hospitality Rider:**

❑ (30) Hot Wings and (30) pieces Fried chicken
❑ Hennessey XO



# EXHIBIT B

# DaBaby PERFORMANCE AGREEMENT

This agreement has been made between Jonathan Kirk p/k/a DaBaby and ████████████ on this date January 2, 2019.

It is mutually agreed between the parties as follows: The purchaser hereby engages the Artist(s) and the Artist(s) hereby agrees to a **social media post, social media drop, and venue walkthrough.**

**Date(s) of Engagement: January 2, 2019**

**Name of Venue: Café Iguana**

**Venue Address:** 8358 Pines Blvd, Pembroke Pines, FL 33024

**Time of**
 **Engagement:**
 **TBD**
 **Engagement Fee:**
**$20,000**
**Amount due by 4pm 1/2/2019**

ALL PAYMENTS SHALL BE BY CASH

PURCHASER _____████████████_____

Date _____

PERFORMER _____

Date _____ -



## Certificate Of Completion

Envelope Id: 61DD1ACF06E6421B8DEC6375A6E62D1E                                          Status: Completed
Subject: Please DocuSign: Scan Jan 02, 20 11:14:04 AM
Source Envelope:
Document Pages: 1                              Signatures: 1                            Envelope Originator:
Certificate Pages: 2                           Initials: 0                              Kinsza Virgil
AutoNav: Enabled                                                                        101 N. Tryon Street
EnvelopeId Stamping: Enabled                                                            nil
Time Zone: (UTC-05:00) Eastern Time (US & Canada)                                       Charlotte, NC  28246
                                                                                        Serenity@billiondollarbabyent.co
                                                                                        IP Address: 174.218.135.160

## Record Tracking

Status: Original                               Holder: Kinsza Virgil                    Location: DocuSign
        1/2/2020 11:15:25 AM                           Serenity@billiondollarbabyent.co

| Signer Events | Signature | Timestamp |
|---|---|---|
| ▬▬▬▬▬▬▬▬▬<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>▬▬▬▬▬▬<br>33FD83DBC664CF...<br>Signature Adoption: Pre-selected Style<br>Using IP Address: 172.58.14.145<br>Signed using mobile | Sent: 1/2/2020 11:16:47 AM<br>Viewed: 1/2/2020 11:35:51 AM<br>Signed: 1/2/2020 12:06:56 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Kinsza Virgil<br>Serenity@billiondollarbabyent.co<br>Security Level: Email, Account Authentication (None) | COPIED | Sent: 1/2/2020 12:06:56 PM<br>Resent: 1/2/2020 12:06:57 PM<br>Viewed: 1/2/2020 12:41:02 PM |

**Electronic Record and Signature Disclosure:**
   Not Offered via DocuSign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 1/2/2020 12:06:56 PM |
| Certified Delivered | Security Checked | 1/2/2020 12:06:56 PM |
| Signing Complete | Security Checked | 1/2/2020 12:06:56 PM |
| Completed | Security Checked | 1/2/2020 12:06:56 PM |

| Payment Events | Status | Timestamps |
| --- | --- | --- |

# EXHIBIT C



for banking with
ith fast, reliable deposits, withdrawals, transfers and
usands of convenient ATM locations.

Tran 00028   12/25/2019   12:13
Entity NFL   CC          Tlr
Account                  22
R/TN                  6
Deposit                        $9,000.00

IntRef

DIC
B  03-2019

Branch #      5 5          Deposit

Account Number               3

CHK      7
Cash In                  $6,000.00
  Loose Currency
  $100           $1,300.00
  $50            $200.00
  $20            $4,160.00
  $10            $180.00
  $5             $160.00
  Sub total      $6,000.00
Total Deposit          $6,000.00

Deposit Availability
The full amount of your deposit is
included in your available balance.

| PINV | PIN Validation | | |
|---|---|---|---|
| Primary ID St/Ctry/Prov: | Primary ID Issue Date: | Primary ID Expiration Date: | Address Line 3: |

| Secondary ID Type: | Secondary ID Description: | | City: | State: |
|---|---|---|---|---|
| DLIC | ▉▉▉▉▉▉8 | | RANDALLSTOWN | MD |

| Secondary ID State/Country: | Secondary ID Issue Date: | Secondary ID Expiration Date: | ZIP/Postal Code: | Country: |
|---|---|---|---|---|
| MD | | | 21133-4414 | US |
| | | | Home Phone: | Business Phone: |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| ▉25 | $1,000.00 | ▉01 | ▉6 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| | |
|---|---|
| Beneficiary/Recipient Name: | Name/Address Line 1: |
| Billion Dollar Baby Entertainment | |
| Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico): | Name/Address Line 2: |
| ▉22 | |
| Purpose of Funds: | Name/Address Line 3: |
| Booking fee | Charlotte , NC, US |
| | Beneficiary Phone Number: |
| Additional Instructions: | |

**Customer Copy**

WTR6603 (9-19 SVP)

# EXHIBIT D









Liked by **ku704** and **1,503 others**

**pwca__** We shine wit no problem, that's prolly why they hate us. More Money More Problems prolly the Realist Statement #BDB.ENT @nbcsnl

View all 58 comments

December 7, 2019

**pwca__**
Beverly Hills Los Angeles









**4,778 likes**

**qualityentllc** HAPPY GDAY SON EVERYBODY TAG MY FIRST SON **@iamdjkid** TELL HIM HAPPY GDAY lol 🎊🎉🎈 **#BDBENT**🚀

View all 129 comments

**qualityentllc** @arnoldltaylor 😂😂😂

**iamdjkid** Your not my daddddd 😭
Nah but fr I appreciate you fasho
They can't tell me I can't drink now 😈

November 28, 2019



7:50

< 	1DADA__
	**Posts**	Follow



**1dada__**
Overtown, Miami, Florida   •••



♡  ○  ◁      • • • •           ⊐

Liked by **ku704** and **1,510 others**

**1dada__** New year same gang #BDBENT

View all 51 comments

6 days ago

**1dada__**   •••







big_riog Merry Christmas Stilll Fuckkk them Pigs 🐷 🌳 🎄
🎁 ✖ 🌍 Family Blessed..!

View all 32 comments

stunna4vegas 🔥

December 25, 2019



Miami Beach, Florida



# EXHIBIT E



# EXHIBIT F





# EXHIBIT G

## Videos

**The Latest Videos**

---

# Artists



**5 Seconds Of Summer (/artists/5-seconds-summer)**



**6lack (/artists/6lack)**



**(/)**





**Cozz (/artists/cozz)**



**Cuco (/artists/cuco)**

**DaBaby (/artists/dababy)**

**Daya (/artists/daya)**



**Dermot Kennedy (/artists/dermot-kennedy)**



**Dímelo Flow (/artists/dimelo-flow)**



**DJ Snake (/artists/dj-snake)**



**Dr. Dre (/artists/dr-dre)**



**Drama Relax (/artists/drama-relax)**

**(/)**



**Dreezy (/artists/dreezy)**