UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-20408-BLOOM/Otazo-Reyes

KENNETH CAREY,

    Plaintiff,

v.

JONATHAN KIRK, *et al.*,

    Defendants.

_____/

## ORDER OF RECUSAL

The undersigned judge, to whom the above-styled cause was assigned, recuses herself and refers the case to the Clerk of Court for reassignment in accordance with 28 U.S.C. § 455 for permanent reassignment to another judge in accordance with the blind assignment system. Any scheduled hearings before the undersigned are **CANCELED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 16, 2021.

                                                  **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

In accordance with the **Local Rules for the Southern District of Florida**, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of **United States District Judge** Jose E. Martinez.

Copies of this Order shall be served on all pending parties of record electronically *via* CM/ECF, or *via* U.S. Mail to any party not authorized to receive electronically notices of filing. All documents for filing in this case shall carry the following case number and designation: 21-cv-20408-Martinez/Becerra

**BY ORDER** of the Court this 16 day of February, 2021.

ANGELA E. Noble
Clerk of Court

By:

/s/Valerie Kemp

Counsel of Record

Clerk of Court