UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY,

    Plaintiff,

v.

JONATHAN KIRK, p/k/a DaBABY,
KHALIK CALDWELL, p/k/a Stunna4 Vegas,
BILLION DOLLAR BABY ENTERTAINMENT, LLC,
a North Carolina Corporation,
UNKNOWN CONSPIRATOR #1,
UNKNOWN CONSPIRATOR #2,
UNKNOWN CONSPIRATOR #3,
UNKNOWN CONSPIRATOR #4,
UNIVERSAL MUSIC GROUP, INC., a California Corporation, and
INTERSCOPE RECORDS, a California Corporation,

    Defendants.
_____/

## NOTICE TO STRIKE DOCKET ENTRY 23 PLAINTIFFS CERTIFICATE OF

## INTERESTED PARTIES

Comes Now, Plaintiff KENNETH CAREY, via undersigned counsel, hereby serves this Notice of Striking Docket Entry 23, Plaintiff's Certificate of Interested Parties, as instructed by This Court in Docket Entry 25, because the Wrong Event was selected when submitting the document.

April 12th, 2021

                                    Respectfully Submitted,
                                    /s/ Jonathan May

                                    Jonathan May (0110057)
                                    The Lions' Den, Attorneys at Law

        1395 Brickell Avenue, Suite 900, Miami FL 33131
        (305) 699-5466
        jm@tldaal.com and jd@tldaal.com
        *Attorney for Plaintiff's Kenneth Carey and Steve Anyadike*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send Notice of Electronic Filing to all counsel of record that are registered with the Court's CM/ECF system.

/s/ Jonathan May Esq.

Florida Bar No. 0110057

**SERVICE LIST**

Brian Bieber
Scott Cagan
Andrew Sarangoulis
GRAYROBINSON, P.A.
333 S.E. Second Avenue
Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Fax: (305) 416-6887
Brian.bieber@gray-robinson.com
Scott.cagan@gray-robinson.com
Andrew.Sarangoulis@gray-robinson.com
*Counsel for Defendants Jonathan Kirk,
Billion Dollar Baby Entertainment LLC and
Khalik Caldwell*


Kevin Markow, Esq.
Evan Benjamin Berger, Esq.
BECKER & POLIAKOFF, P.A.
1 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
KMarkow@beckerlawyers.com (primary)
EBerger@bplegal.com (primary)
JShelton@beckerlawyers.com (secondary)
SSegall@beckerlawyers.com (secondary)
*Attorney for Defendants Universal Music
Group, Inc. and Interscope Records*

Drew Findling, Esq.
THE FINDLING LAW FIRM
Counsel for Defendant Jonathan Kirk
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
drew@findlinglawfirm.com
*Attorney for Defendant Jonathan Kirk*