UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY,

    Plaintiff,

v.

JONATHAN KIRK, p/k/a DaBABY,
KHALIK CALDWELL, p/k/a Stunna4 Vegas,
BILLION DOLLAR BABY ENTERTAINMENT, LLC,
a North Carolina Corporation,
UNKNOWN CONSPIRATOR #1,
UNKNOWN CONSPIRATOR #2,
UNKNOWN CONSPIRATOR #3,
UNKNOWN CONSPIRATOR #4,
UNIVERSAL MUSIC GROUP, INC., a California Corporation, and
INTERSCOPE RECORDS, a California Corporation,

    Defendants.

_____/

**RESPONSE TO ORDER TO SHOW CAUSE**

Comes Now, Plaintiff Kenneth Carey, via undersigned counsel responds to this Court's demand to submit Plaintiff's alleged contract and whether Plaintiff seeks an evidentiary hearing by June 22nd, 2021. In response to the same, Plaintiff states the following:

1. Plaintiff's counsel was in Mexico on June 21st and June 22nd, 2021.

2. Plaintiff completed the document for submission on June 22nd, 2021 within the time provided by this Court.

3. Plaintiff's counsel tried to submit the document to the Federal Filing System CM/ECF, however, because of the design of the system, Plaintiff could not access the system. The system gave a network security and cookies error.

4. Plaintiff's counsel called support and spent hours trying adjust the cookies and network security in order to be able to submit the document, but support determined that it was not possible under the circumstances on that wifi network.

5. Plaintiff then emailed opposing counsel and sent them the document and informed them that he could not submit the document in the CM ECF system.

6. Plaintiff then travelled back on June 23rd, 2021 and submitted the document from his office, where he initially had the same problems but was able to resolve them.

Thus, Plaintiff pleads for leave of this Court based on the extenuating circumstances that were not anticipated, nor was there a viable alternative in the specific situation.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of June, 2021, I email the foregoing to the parties indicated below as representing Jonathan Kirk.

/s/ Jonathan May Esq.
Florida Bar No. 0110057
The Lions' Den, Attorneys at Law
1395 Brickell Avenue, Suite 900,
Miami FL 33131
(305) 699-5466
jm@tldaal.com and jd@tldaal.com
*Attorney for Plaintiff Kenneth Carey*

## SERVICE LIST

Brian Bieber
Scott Cagan
Andrew Sarangoulis
GRAYROBINSON, P.A.
333 S.E. Second Avenue
Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Fax: (305) 416-6887
Brian.bieber@gray-robinson.com
Scott.cagan@gray-robinson.com
Andrew.Sarangoulis@gray-robinson.com

*Counsel for Defendants Jonathan Kirk,
Billion Dollar Baby Entertainment LLC and
Khalik Caldwell*

Kevin Markow, Esq.
Evan Benjamin Berger, Esq.
BECKER & POLIAKOFF, P.A.
1 East Broward Boulevard
Suite 1800
Fort Lauderdale, FL 33301
KMarkow@beckerlawyers.com (primary)
EBerger@bplegal.com (primary)
JShelton@beckerlawyers.com (secondary)
SSegall@beckerlawyers.com (secondary)
*Attorney for Defendants Universal Music
Group, Inc. and Interscope Records*

Drew Findling, Esq.
THE FINDLING LAW FIRM
Counsel for Defendant Jonathan Kirk
One Securities Centre
3490 Piedmont Road, Suite 600
Atlanta, Georgia 30305
drew@findlinglawfirm.com
*Attorney for Defendant Jonathan Kirk*

# EXHIBIT A



Jonathan May <jonmay@lionsdenjustice.com>

---

## Notice

| | |
|---|---|
| **Jonathan May** <jonmay@lionsdenjustice.com> | Tue, Jun 2 |

To: "BRIAN H. BIEBER, ESQ." <Brian.Bieber@gray-robinson.com>, "Scott L. Cagan" <Scott.Cagan@gray-robinson.com>, Drew Findling <drew@findlinglawfirm.com>, Drew Sarangoulis <Andrew.Sarangoulis@gray-robinson.com>, "Markow, Kevin" <KMARKOW@beckerlawyers.com>, "Berger, Evan" <EBerger@beckerlawyers.com>
Bcc: Steve Anyadike <Steveanya1@gmail.com>, kenneth carey <Show856@hotmail.com>, jd@tldaal.com

Hello, the attached document is what I intended to file today. I am out of the country today and I have been on the phone with pacer/cm ecf support and cannot submit where I am at because network I am on. I will be back tomorrow and will submit as soon as I can. I would do it here if I could but it's not possible ( as far as I know and based on the information provided by support your time.

--

Best Regards,
Jonathan May, Esq., M.A. of The Lions' Den, Attorneys At Law
jm@tldaal.com  I  (305) 699-LION (5466)
www.tldaal.com
Bar Number 0110057
Admitted to practice before the Florida Bar, The United States District Court for the Southern District of Florida, The United States Tax Court, Immigration Court and Bankruptcy Court.
1395 Brickell Avenue, Suite 900, Miami, Florida 33131.
Additional offices in West Palm Beach, Tampa, New York City, Bogota and Valencia (Jonathan May is not a New York attorney)



Social Media:
https://www.linkedin.com/company/10899101/admin/
https://www.youtube.com/channel/UCtrg6y4Dab03eBNvLC9dQgQ
https://www.yelp.com/biz/the-lions-den-attorneys-at-law-miami
https://www.instagram.com/lionsdenattorneys/
https://www.facebook.com/LionsDenLaw/
https://twitter.com/lionsdenlaw

PERSONAL & CONFIDENTIAL. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete

---

 **Plaintiffs Notice of Contract Request for Hearing and Witness List.pdf**
1678K