UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY,

    Plaintiff,

v.

JONATHAN KIRK, *et al.*,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND COMPELLING ARBITRATION

THIS MATTER was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendant Khalik Caldwell's Motion to Compel Arbitration and Stay Action Against Him ("Motion"), (ECF No. 14). Magistrate Judge Becerra filed a Report and Recommendation, (ECF No. 61), recommending that Defendant' Motion be granted and that the case be stayed as to Count I only. The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation (ECF No. 61) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

    1.    Defendant Khalik Caldwell's Motion to Compel Arbitration and Stay Action Against Him, (ECF No. 14), is **GRANTED**.

    2.    The parties shall arbitrate the issues raised in Count I of the Complaint, pursuant to the terms of the Performance Agreement.

    3.    This matter **STAYED** as to Count I of the Complaint only, pending conclusion of

the arbitration proceedings. This case shall proceed as to the remaining claims.

4. The parties **SHALL** file a joint status report every sixty (60) days apprising the Court of the status of the arbitration proceedings. Following the completion of arbitration, it is the responsibility of the parties to file a motion to lift the stay as to Count I.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of July, 2021.

																							_____
																							JOSE E. MARTINEZ
																							UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record