UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY and
STEVE ANYADIKE,

      Plaintiffs,

v.

JONATHAN KIRK,

      Defendant.
_____/

## CERTIFICATION OF CONTEMPT

THIS CAUSE came before the Court *sua sponte*. Pursuant to 18 U.S.C. § 401(1) and Federal Rule of Criminal Procedure 42(b) this Court holds Derrick C. Morales in criminal contempt.

In open court and in the presence of this Court, Mr. Morales refused to obey and did repeatedly disobey the orders and directions of this court regarding the procedure for closing arguments. During rebuttal closing argument Mr. Morales belligerently ignored several direct orders from this Court to immediately stop addressing the jury. By order of this Court the Parties were given a total of 40 minutes for closing arguments. Plaintiffs had only 20 seconds remaining in their allotted time after initial closing arguments. Despite fair warning that there was almost no time left, Mr. Morales proceeded to attempt a rebuttal closing argument. Once time expired, this Court repeatedly ordered Mr. Morales to cease and sit down. Mr. Morales continued his argument over the protest of this Court with brazen disobedience.

I find that this misconduct constituted contempt of this Court and was of such a nature as to directly obstruct the administration of justice and affront the decorum and dignity of the United States District Court. Such behavior will not be tolerated by the Court.

Accordingly, I adjudge that attorney Derrick C. Morales is guilty of criminal contempt and find that summary vindication for said misbehavior in the actual presence of the Jury, three other defense counsel, and co-counsel for plaintiffs left this Court no alternative but to summarily punish Mr. Morales by the imposition of a fine of $500.00.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of December, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record