UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

### CASE NO. 1:21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY and
STEVE ANYADIKE,

      Plaintiffs,

v.

JONATHAN KIRK,

      Defendant.

_____/

### LIABILITY VERDICT FORM

## BREACH OF CONTRACT CLAIM BY MR. ANYADIKE AGAINST MR. KIRK

Is Mr. Kirk liable to Mr. Anyadike for breach of contract?

YES_____        NO__X__

## ASSAULT CLAIM BY MR. CAREY AGAINST MR. KIRK

Is Mr. Kirk liable to Mr. Carey for assault?

YES_____        NO__X__

## BATTERY CLAIM BY MR. CAREY AGAINST MR. KIRK

Is Mr. Kirk liable to Mr. Carey for battery?

YES_____        NO__X__

## COUNTERCLAIM I: COMMON LAW INVASION OF PRIVACY

Is Mr. Anyadike liable to Mr. Kirk for common law invasion of privacy?

YES __X__          NO_____

Is Mr. Carey liable to Mr. Kirk for common law invasion of privacy?

YES __X__          NO_____

## COUNTERCLAIM II: UNAUTHORIZED USE OF NAME OR LIKENESS

Is Mr. Anyadike liable to Mr. Kirk for unauthorized use of name or likeness?

YES __X__          NO_____

Is Mr. Carey liable to Mr. Kirk for unauthorized use of name or likeness?

YES __X__          NO_____

SO SAY WE ALL

███████████████████████████

FOREPERSON OF THE JURY

Dated: __12/15/22__