UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-20408-CIV-MARTINEZ-BECERRA

KENNETH CAREY and
STEVE ANYADIKE,

    Plaintiffs,

v.

JONATHAN KIRK,

    Defendant.
_____/

## DAMAGES VERDICT FORM

## ASSAULT CLAIM BY MR. ANYADIKE AGAINST MR. KIRK

Having determined that Mr. Kirk is liable to Mr. Anyadike for assault, what is the total amount of Mr. Anyadike's damages?

(a) Compensatory Damages Amount: $50
(b) Punitive Damages Amount: $0

## BATTERY CLAIM BY MR. ANYADIKE AGAINST MR. KIRK

Having determined that Mr. Kirk is liable to Mr. Anyadike for battery, what is the total amount of Mr. Anyadike's damages?

(a) Compensatory Damages Amount: $50
(b) Punitive Damages Amount: $0

## COUNTERCLAIM I: COMMON LAW INVASION OF PRIVACY

Having determined that Mr. Anyadike is liable to Mr. Kirk common law invasion of privacy, what is the total amount of Mr. Kirk's damages?

Amount: $25

Having determined that Mr. Carey is liable to Mr. Kirk for common law invasion of privacy, what is the total amount of Mr. Kirk's damages?

Amount: $25

## COUNTERCLAIM II: UNAUTHORIZED USE OF NAME OR LIKENESS

Having determined that Mr. Anyadike is liable to Mr. Kirk for unauthorized use of name or likeness, what is the total amount of Mr. Kirk's damages?

Amount: $25

Having determined that Mr. Carey is liable to Mr. Kirk for unauthorized use of name or likeness, what is the total amount of Mr. Kirk's damages?

Amount: $25

SO SAY WE ALL

_____
FOREPERSON OF THE JURY

Dated: 12/16/22

Time: 1:57 PM

3