UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20408-CIV-MARTINEZ

KENNETH CAREY and STEVE ANYADIKE

    Plaintiffs,

v.

JONATHAN KIRK,

    Defendant.
_____/

## ORDER STAYING CASE

**THIS CAUSE** came before the Court *sua sponte*. Judgment was entered following a jury trial in this case on December 29, 2022. (ECF No. 343.) On February 15, 2023, this Court referred Defendant's Motion for Sanctions to Magistrate Judge Becerra. (ECF No. 364.) Plaintiff appealed the judgment along with ten other Orders filed by this Court during the course of this litigation, including the Certification of contempt (ECF No. 328), Order denying Plaintiff's Motions to Add New Evidence (ECF No. 236), Order on Summary Judgment (ECF No. 279), and Order Granting Motion to Dismiss (ECF No. 272). (ECF No. 355.) Plaintiff's appeal remains pending at the Eleventh Circuit. Accordingly, after careful consideration, it is

**ORDERED AND ADJUDGED** as follows:

This case is **STAYED** pending the Eleventh Circuit's opinion on Plaintiff's Appeal, (ECF No. 355).

**DONE and ORDERED** in Chambers at Miami, Florida this __7__ day of July 2023.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record