UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20408-CIV-MARTINEZ

KENNETH CAREY and STEVE ANYADIKE

    Plaintiffs,

v.

JONATHAN KIRK,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Defendant Jonathan Kirk's Motion for Bill of Costs, ("Motion"), (ECF No. 357). Judge Becerra filed a Report and Recommendation ("R&R"), recommending that the Motion be granted. (ECF No. 377). Plaintiffs filed objections to the R&R, (ECF No. 378), to which Defendant responded, (ECF No. 379). The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiffs' Objections, agrees with Magistrate Judge Becerra that the Motion should be granted. The Court overrules Plaintiffs' Objections, (ECF No. 378).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that:

1. United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 377), is **AFFIRMED AND ADOPTED**.

2. Defendant Jonathan Kirk's Motion, (ECF No. 357), is **GRANTED**. Defendant Jonathan Kirk shall be awarded **$10,551.23** in taxable costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of September, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record