UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 21-20408-CIV-MARTINEZ

KENNETH CAREY and
STEVE ANYADIKE,

    Plaintiffs,

v.

JONATHAN KIRK, et al.,

    Defendants.
_____/

### DEFENDANT JONATHAN KIRK'S AND BILLION DOLLAR BABY ENTERTAINMENT, LLC'S MOTION FOR ENTRY OF JUDGMENT ON THEIR ATTORNEYS' FEE AWARD

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's Order on Attorneys' Fees dated April 22, 2025 (ECF No. 410), Defendants Jonathan Kirk ("Kirk") and Billion Dollar Baby Entertainment, LLC ("BDBE") (collectively, the "BDBE Defendants") respectfully move for entry of judgment on the attorneys' fees award to them and against Plaintiffs' counsel, Jonathan May and the Lions' Den.  As grounds, the BDBE Defendants state:

On April 22, 2025, the Court entered an Order on Attorneys' Fees which, *inter alia*, awarded BDBE fees totaling $257,365.50 (ECF No. 410 at 4) and Kirk fees of $162,365.50 (*Id*.) plus $197,140.00 (*Id*. at 6), for a total of $359,505.50 to Kirk. [1]  Those fees were assessed against both May and the Lions' Den.

---

[1] The Court awarded fees to Kirk incurred by the two law firms which represented him in this action, GrayRobinson, P.A. and Findling Law Firm.

Pursuant to Fed. R. Civ. P. 58(a)(3), "[e]very judgment and amended judgment must be set out in a separate document, but a separate document is not required for an order disposing of a motion …. for attorney's fees under Rule 54. …."

However, Fed. R. Civ. P. 58(b)(1)(B) provides that "[s]ubject to Rule 54(b) and unless the court orders otherwise, the clerk must, without awaiting the court's direction, promptly prepare, sign, and enter the judgment when … the court awards a sum certain…."

Here, the Clerk has not entered a judgment reflecting the Court's fee award.  Therefore, the BDBE Defendants request entry of a judgment pursuant to Fed. R. Civ. P. 58(d), which provides that "[a] party may request that a judgment be set out in a separate document as required by Rule 58(a)."

Courts in this district have found it appropriate under Rule 58 to enter judgment on fee awards.  *See Nena Bonsignore v. QBE Specialty Insur. Co.*, Case No. 1:23-cv-23812, 2025 WL 1294991, at *1-2 (S.D. Fla. Feb. 14, 2025) (noting that "[a]t issue is whether a separate judgment is warranted in light of Rule 58(a)(3)," and concluding it was appropriate to enter one, as "[a] separate final judgment on fees and costs is not unusual ….").

In sum, the BDBE Defendants respectfully request entry of judgment against May and the Lions' Den and in favor of BDBE for $257,365.50 and in favor of Kirk for $359,505.50.

**CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that I have conferred with Plaintiffs' counsel, Jonathan May, on June 25, 2025, by email and phone, and Mr. May stated that he opposes the relief sought in this Motion.

Dated this 26 day of June, 2025.

                GRAYROBINSON, P.A.
*Counsel for Defendants Jonathan Kirk and Billion Dollar Baby Entertainment LLC*
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida  33301
Telephone: (954) 761-8111
Fax: (954) 761-8112
Scott.cagan@gray-robinson.com

By: */s/ Scott L. Cagan*
    SCOTT L. CAGAN
    Fla. Bar No.: 822681

and

THE FINDLING LAW FIRM
*Counsel for Defendant Jonathan Kirk*
3575 Piedmont Road, Tower 15, Suite 1010
Atlanta GA 30305
Telephone: (404) 460-4500
Fax:  (404) 460-4501
drew@findlinglawfirm.com
zack@findlinglawfirm.com

*/s/ Drew Findling*
DREW FINDLING, admitted *pro hac vice*

*/s/ Zack Kelehear*
ZACK KELEHEAR, admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                                   */s/ Scott L. Cagan*
                                                                                     SCOTT L. CAGAN

**SERVICE LIST**

Jonathan May, Esq.
The Lions' Den, Attorneys at Law
1395 Brickell Avenue, Suite 900
Miami, FL 33131
jonmay@lionsdenjustice.com

*Attorney for Plaintiffs Kenneth Carey and Steve Anyadike*

Kevin Markow, Esq.
Evan Benjamin Berger, Esq.
BECKER & POLIAKOFF, P.A.
1 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
KMarkow@beckerlawyers.com; EBerger@bplegal.com
Nsantiago@beckerlawyers.com; SSegall@beckerlawyers.com

*Attorney for Defendants Universal Music Group, Inc. and Interscope Records*

#64003934 v1