# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 08, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number: 25-11748-EE
Case Style: Kenneth Carey, et al v. Jonathan Kirk, et al
District Court Docket No: 1:21-cv-20408-JEM

The enclosed copy of the Clerk's Order of Dismissal as to Steve Anyadike and Kenneth Carey for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. *See* 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal, as to Steve Anyadike and Kenneth Carey only, was treated as dismissed on 07/29/2025.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. *See* FRAP 25(a)(2)(A)(i).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11748-EE

_____

KENNETH CAREY,
STEVE ANYADIKE,

                                    Plaintiffs - Counter Defendants - Appellants,

JONATHAN MAY,
THE LIONS' DEN, ATTORNEY'S AT LAW,

                                    Interested parties - Appellants,

versus

JONATHAN KIRK,
Individually, a.k.a. DaBaby,

                                    Defendant - Counter Claimant - Appellee,

KHALIK CALDWELL,
a.k.a. Stunna 4 Vegas, et al.,

                                    Defendants,

UNIVERSAL MUSIC GROUP, INC.,
a Colorado Corporation,
INTERSCOPE RECORDS,
a Colorado Corporation,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-2(c), this appeal is hereby DISMISSED as to Steve Anyadike and Kenneth Carey for want of prosecution because the appellants Steve Anyadike

and Kenneth Carey have failed to file an appellant's brief within the time fixed by the rules, effective August 08, 2025.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION